```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:  
Michael A. Horn  
Patricia L. Horn  
       Debtors

Case No. 17-02237-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRadginsk     Page 1 of 1     Date Rcvd: Jan 28, 2019  
                        Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.  
4934728         Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN, 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com  
        Gary J Imblum    on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com,  
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
        Gary J Imblum    on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com,  
        gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com  
        James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5 bkgroup@kmllawgroup.com  
        Jeremy John Kobeski    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                                                   TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02237-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael A. Horn
110 Deer Drive
Jonestown PA 17038

Patricia L. Horn
110 Deer Drive
Jonestown PA 17038

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/28/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700

Name and Address of Transferee:

Federal Home Loan Mortgage Corporation, as Truste
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
Federal Home Loan Mortgage Corporation,
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/19

Terrence S. Miller
**CLERK OF THE COURT**