IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                Case No. 17-02237-HWV
                                                       Chapter 13

MICHAEL A. HORN
AKA MIKE A. HORN

PATRICIA L. HORN
AKA PATTY A. HORN
DBA PATTY HORN CLIPPER CUTS

Debtor(s).

## NOTICE OF APPEARANCE

**Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven P. Kelly, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:      _/s/ Steven P. Kelly, Esquire_
         Steven P. Kelly, Esquire,
         Bar No: 308573
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         skelly@sterneisenberg.com
         Attorney for Creditor

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 01st day of March, 2019, to the following:

Gary J. Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111
gary.imblum@imblumlaw.com
*Attorney for Debtor(s)*


Charles J DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com
*Chapter 13 Trustee*


Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101
ustpregion03.ha.ecf@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Michael A. Horn
aka Mike A. Horn
110 Deer Drive
Jonestown, PA 17038

Patricia L. Horn
aka Patty A. Horn
dba Patty Horn Clipper Cuts
110 Deer Drive
Jonestown, PA 17038
*Debtor(s)*


          By:  */s/Steven P. Kelly, Esquire*