**IMBLUM LAW OFFICES, P.C.**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 11, 2019

<u>**Via ECF Only**</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Patricia Horn
Chapter 13 Bankruptcy Case No. 1-17-02237

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

DITECH FINANCIAL
PO BOX 15009
TEMPE AZ 85284-0109

The Creditor's <u>previous</u> address was as follows:

DITECH FINANCIAL
ATTN BANKRUPTCY
PO BOX 6172
RAPID CITY SD 57709-6172

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm