```
                      United States Bankruptcy Court
                     Middle District of Pennsylvania
In re:                                                    Case No. 17-02237-HWV
Michael A. Horn                                           Chapter 13
Patricia L. Horn
        Debtors               CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke        Page 1 of 1           Date Rcvd: Apr 10, 2020
                             Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
4948582        The Bank of New York Mellon Trust Company,   c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher M. McMonagle    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series
               2018-2 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Gary J Imblum    on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              Gary J Imblum    on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5
               bkgroup@kmllawgroup.com
              Laura Egerman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage bkyecf@rasflaw.com,
               legerman@rasnj.com;ras@ecf.courtdrive.com
              Steven P. Kelly    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2
               skelly@sterneisenberg.com, bkecf@sterneisenberg.com
              Thomas Song    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:17-bk-02237-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Michael A. Horn
110 Deer Drive
Jonestown PA 17038

Patricia L. Horn
110 Deer Drive
Jonestown PA 17038

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 4: The Bank of New York Mellon Trust Company, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/12/20

Terrence S. Miller
**CLERK OF THE COURT**