# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Horn aka Mike A. Horn<br>Patricia L. Horn aka Patty A. Horn dba Patty Horn Clipper Cuts<br>     Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2, its successors and/or assigns<br>     Movant<br>  vs. | NO. 17-02237 HWV |
| Michael A. Horn aka Mike A. Horn<br>Patricia L. Horn aka Patty A. Horn dba Patty Horn Clipper Cuts<br>     Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>     Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2, which was filed with the Court on or about **August 27, 2020**.

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Main: 215-627-1322

September 10, 2020