United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 17-02237-HWV

Michael A. Horn                                                                 Chapter 7

Patricia L. Horn

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 25, 2021 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |
| jdb | #+ | Patricia L. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |

TOTAL: 2

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 27, 2021                          Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher M. McMonagle | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Gary J Imblum | on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |

District/off: 0314-1

Date Rcvd: Mar 25, 2021

User: AutoDocke

Form ID: pdf010

Page 2 of 2

Total Noticed: 2

Gary J Imblum

on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.info
ruptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt

on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee of the GMACM Home Equity
Loan-Backed Certificates, Series 2006-HE5 bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the FreddieMac Seasoned Loans
Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com

Laura Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage bkyecf@rasflaw.com
legerman@rasnj.com;ras@ecf.courtdrive.com

Steven P. Kelly

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the FreddieMac Seasoned Loans
Structured Transaction Trust, Series 2018-2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song

on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **MICHAEL A. HORN (deceased)** | : | **CASE NO. 1-17-02237-HWV** |
| **aka MIKE A. HORN** | : | |
| **PATRICIA L. HORN** | : | **CHAPTER 13** |
| **aka PATTY A. HORN** | : | |
| **dba PATTY HORN CLIPPER CUTS** | : | |
| **Debtors** | : | |

## ORDER

Upon consideration of Debtor's Election to Convert Case,

**IT IS HEREBY ORDERED AND DECREED** that the above-captioned case is converted

from a Chapter 13 to a Chapter 7 case.

Charles J. DeHart, III, Esquire, Standing Chapter 13, Trustee, is discharged from his duties

related to this case.

Dated:  March 25, 2021                    By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge [CD]