United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 17-02237-HWV

Michael A. Horn                                                           Chapter 7

Patricia L. Horn

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                        Page 1 of 3

Date Rcvd: Mar 25, 2021           Form ID: tele341                      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |
| jdb | #+ | Patricia L. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4927371 | + | David H. Stachowicz, DMD, 303 East Walnut Street, Lebanon, PA 17042-5648 |
| 4927372 | | Ditech, Ditech Financial, PO Box 15009, Tempe, AZ 85284-0109 |
| 5154970 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5154971 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Federal Home Loan Mortgage Corporation, 84119-3284 |
| 4927374 | + | Fredericksburg Community, Health Center, PO Box 9, Fredericksburg, PA 17026-0009 |
| 4927375 | + | Good Samaritan Hospital, Attn: Patient Accounting, PO Box 1281, Lebanon, PA 17042-1281 |
| 4927377 | + | Good Samaritan Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 4927378 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 4989818 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5117295 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4927381 | + | New Cumberland F C U, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 4929528 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5320161 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320162 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 4927366 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4927382 | + | QVC, Inc. Easy Pay, c/o Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 4927383 | + | Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 4927385 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 4927386 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 4934728 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4927368 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, |
| | | | Mar 25 2021 19:10:00 | PO Box 182125, Columbus, OH 43218-2125 |
| 4927369 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenity Capital Bank/HSN, PO Box 182125, |
| | | | Mar 25 2021 19:10:00 | Columbus, OH 43218-2125 |
| 4927370 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Comenitycapital/Boscov, Comenity Bank, PO Box |
| | | | Mar 25 2021 19:10:00 | |

| | | | |
|---|---|---|---|
| | | | 182125, Columbus, OH 43218-2125 |
| 4927376 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Mar 25 2021 19:10:00 | Good Samaritan Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4927365 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 25 2021 19:10:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4927367 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Mar 25 2021 19:25:32 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 4928232 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Mar 25 2021 19:27:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4965392 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 25 2021 19:10:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4940366 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Mar 25 2021 19:10:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4927384 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Mar 25 2021 19:25:30 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4948582 | | The Bank of New York Mellon Trust Company, Removed per entry 68 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4927373 | ##+ | Encore Receivable Management, Inc., 400 N. Rogers Road, Olathe, KS 66062-1212 |
| 4927379 | ##+ | Keystone Collections Group, 2330 Vartan Way, Harrisburg, PA 17110-9763 |
| 4927380 | ##+ | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2021       Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| Christopher M. McMonagle | |
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans |

| | Structured Transaction Trust, Series 2018-2 cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5 bkgroup@kmllawgroup.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Steven P. Kelly | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  N.A. pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

## NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE
## MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |