| | |
|---|---|
| From: | USBankruptcyCourts@noticingcenter.com |
| To: | Gary Imblum |
| Subject: | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Michael A. Horn, Case Number: 17-02237, HWV, Ref: [p-162415390] |
| Date: | Friday, March 26, 2021 12:32:42 PM |
| Attachments: | B_P11702237309A0391.PDF |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

March 27, 2021

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Michael A. Horn, Case Number 17-02237, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101-1737**

Undeliverable Address:
Encore Receivable Management, Inc.
400 N. Rogers Road
Olathe, KS 66062

Role type/cr id: 4927373
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

 can't find address

Undeliverable Address:
Keystone Collections Group
2330 Vartan Way

Harrisburg, PA 17110

Role type/cr id: 4927379
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

can't find address

Undeliverable Address:
Nationwide Credit, Inc.
PO Box 26314
Lehigh Valley, PA 18002

Role type/cr id: 4927380
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

1225 W. Washington Street

Tempe, AZ 85281

Undeliverable Address:
The Bank of New York Mellon Trust Company
Removed per entry 68

Role type/cr id: 4948582
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

address removed

| | |
|---|---|
| Signature of Debtor or Debtor's Attorney | 03 / 29 / 2021<br>Date |

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

**Total Control Panel**  Login

To: gary.imblum@imblumlaw.com
From: usbankruptcycourts@noticingcenter.com

Message Score: 1
My Spam Blocking Level: Low

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block this sender
Block noticingcenter.com

*This message was delivered because the content filter score did not exceed your filter level.*