# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

March 30, 2021

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

    RE:     Patricia L. Horn
                Chapter 7, Bankruptcy Case No. 1:17-bk-02237 HWV

Dear Clerk:

Please be advised that the address for Patricia L. Horn has changed to the following:

16 Orchard Street
Fredericksburg, PA 17026

The Debtor's _previous_ address was as follows:

110 Deer Drive
Jonestown, PA 17038

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/bad

cc:     Lawrence G. Frank (Trustee)
         Via E-Service