United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 17-02237-HWV
Michael A. Horn  Chapter 7
Patricia L. Horn
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Aug 09, 2021  Form ID: ntasset  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |
| jdb | + | Patricia L. Horn, 16 Orchard Street, Fredericksburg, PA 17026-9507 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4927371 | + | David H. Stachowicz, DMD, 303 East Walnut Street, Lebanon, PA 17042-5648 |
| 4927372 | + | Ditech, Ditech Financial, 1100 Virginia Drive Ste 100A, Fort Washington, PA 19034-3276 |
| 5154970 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5154971 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Federal Home Loan Mortgage Corporation, 84119-3284 |
| 4927374 | + | Fredericksburg Community, Health Center, PO Box 9, Fredericksburg, PA 17026-0009 |
| 4927375 | + | Good Samaritan Hospital, Attn: Patient Accounting, PO Box 1281, Lebanon, PA 17042-1281 |
| 4927377 | + | Good Samaritan Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 4989818 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 4927378 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 4927381 | + | New Cumberland F C U, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 4929528 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5320161 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320162 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 4927366 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4927383 | + | Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 4927385 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4927368 | + | EDI: WFNNB.COM | Aug 09 2021 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 4927369 | + | EDI: WFNNB.COM | Aug 09 2021 22:43:00 | Comenity Capital Bank/HSN, PO Box 182125, Columbus, OH 43218-2125 |
| 4927370 | + | EDI: WFNNB.COM | Aug 09 2021 22:43:00 | Comenitycapital/Boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 4927376 | + | Email/Text: Bankruptcies@nragroup.com | Aug 09 2021 18:42:00 | Good Samaritan Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4927365 | | EDI: IRS.COM | Aug 09 2021 22:43:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4927367 | | EDI: JPMORGANCHASE | Aug 09 2021 22:43:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 5117295 | | EDI: BL-BECKET.COM | Aug 09 2021 22:43:00 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4927380 | + | Email/Text: NCI_bankonotify@ncirm.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 09 2021 18:42:00 | Nationwide Credit, Inc., 1225 W Washington Street, Tempe, AZ 85281-1236 |
| 4928232 | + | EDI: RECOVERYCORP.COM | Aug 09 2021 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4927382 | + | Email/Text: NCI_bankonotify@ncirm.com | Aug 09 2021 18:42:00 | QVC, Inc. Easy Pay, c/o Nationwide Credit, Inc., 1225 W. Washington Street, Tempe, AZ 85281-1236 |
| 4965392 | | EDI: Q3G.COM | Aug 09 2021 22:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4940366 | | EDI: Q3G.COM | Aug 09 2021 22:43:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4927384 | + | EDI: RMSC.COM | Aug 09 2021 22:43:00 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 4927386 | | EDI: WFFC.COM | Aug 09 2021 22:43:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 4934728 | + | EDI: WFFC.COM | Aug 09 2021 22:43:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4927373 | | Encore Receivable Management, Inc., Address removed per docket entry no 82 |
| 4927379 | | Keystone Collections Group, Address removed per docket entry no 82. |
| 4948582 | | The Bank of New York Mellon Trust Company, Removed per entry 68 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021       Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. McMonagle | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |

Gary J Imblum
    on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Gary J Imblum
    on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

James Warmbrodt
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5 bkgroup@kmllawgroup.com

Laura Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage bkyecf@rasflaw.com
legerman@rasnj.com;ras@ecf.courtdrive.com

Lawrence G. Frank
    on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com trusteefrank@gmail.com

Lawrence G. Frank (Trustee)
    lawrencegfrank@gmail.com PA39@ecfcbis.com

Steven P. Kelly
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Thomas Song
    on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Michael A. Horn,<br>aka Mike A. Horn, | Chapter 7 |
| **Debtor 1** | Case No. 1:17−bk−02237−HWV |
| Patricia L. Horn,<br>aka Patty A. Horn, dba Patty Horn Clipper Cuts, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−5703    xxx−xx−4789

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE A PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before: **November 8, 2021**

Creditors who do not file a proof of claim on or before this date may not share in any distribution from the debtor's estate.

**A PROOF OF CLAIM FORM can be filed electronically using our proof of claim system (ePOC) found on our web page at: http://www.pamb.uscourts.gov – Filing a Claim (ePOC)**

Alternatively, you may file a claim by regular mail with the court at the address listed below using the proof of claim form found at http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx.

To receive acknowledgment of your filing, you may either enclose a stamped, self−addressed envelope and a copy of your proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim .

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 9, 2021 |

ntasset(B204)(05/18)