United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Michael A. Horn  
Patricia L. Horn  
    Debtors

Case No. 17-02237-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 13, 2021      Form ID: 318      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael A. Horn, 110 Deer Drive, Jonestown, PA 17038-8356 |
| jdb | + | Patricia L. Horn, 16 Orchard Street, Fredericksburg, PA 17026-9507 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4927371 | + | David H. Stachowicz, DMD, 303 East Walnut Street, Lebanon, PA 17042-5648 |
| 4927372 | + | Ditech, Ditech Financial, 1100 Virginia Drive Ste 100A, Fort Washington, PA 19034-3276 |
| 5154970 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5154971 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, Federal Home Loan Mortgage Corporation, 84119-3284 |
| 4927374 | + | Fredericksburg Community, Health Center, PO Box 9, Fredericksburg, PA 17026-0009 |
| 4927375 | + | Good Samaritan Hospital, Attn: Patient Accounting, PO Box 1281, Lebanon, PA 17042-1281 |
| 4927377 | + | Good Samaritan Hospital, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 4989818 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 4927378 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 4927381 | + | New Cumberland F C U, 345 Lewisberry Road, New Cumberland, PA 17070-2306 |
| 4929528 | + | New Cumberland Federal Credit Union, PO Box 658, New Cumberland, PA 17070-0658 |
| 5320161 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320162 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 4927366 | | PA Department of Revenue, Bureau of Individual Taxes, Dept 280431, Harrisburg, PA 17128-0431 |
| 4927383 | + | Sterling Jewelers, Inc, Attn: Bankruptcy, PO Box 1799, Akron, OH 44309-1799 |
| 4927385 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4927368 | + | EDI: WFNNB.COM | Dec 13 2021 23:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 4927369 | + | EDI: WFNNB.COM | Dec 13 2021 23:38:00 | Comenity Capital Bank/HSN, PO Box 182125, Columbus, OH 43218-2125 |
| 4927370 | + | EDI: WFNNB.COM | Dec 13 2021 23:38:00 | Comenitycapital/Boscov, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 4927372 | + | EDI: LCIPHHMRGT | Dec 13 2021 23:38:00 | Ditech, Ditech Financial, 1100 Virginia Drive Ste 100A, Fort Washington, PA 19034-3276 |
| 4927376 | + | Email/Text: Bankruptcies@nragroup.com | Dec 13 2021 18:33:00 | Good Samaritan Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 4927365 | | EDI: IRS.COM | Dec 13 2021 23:38:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 4927367 | | EDI: JPMORGANCHASE | Dec 13 2021 23:38:00 | Chase Card, Attn: Correspondence Dept, PO Box 15298, Wilmington, DE 19850 |
| 5117295 | | EDI: BL-BECKET.COM | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2021 23:38:00 | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4927380 | + | Email/Text: NCI_bankonotify@ncirm.com | Dec 13 2021 18:33:00 | Nationwide Credit, Inc., 1225 W Washington Street, Tempe, AZ 85281-1236 |
| 4928232 | + | EDI: RECOVERYCORP.COM | Dec 13 2021 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4927382 | + | Email/Text: NCI_bankonotify@ncirm.com | Dec 13 2021 18:33:00 | QVC, Inc. Easy Pay, c/o Nationwide Credit, Inc., 1225 W. Washington Street, Tempe, AZ 85281-1236 |
| 4965392 | | EDI: Q3G.COM | Dec 13 2021 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4940366 | | EDI: Q3G.COM | Dec 13 2021 23:38:00 | Quantum3 Group LLC as agent for, Sterling Jewelers Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4927384 | + | EDI: RMSC.COM | Dec 13 2021 23:38:00 | Synchrony Bank/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 4927386 | | EDI: WFFC.COM | Dec 13 2021 23:38:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Circle, Frederick, MD 21701 |
| 4934728 | + | EDI: WFFC.COM | Dec 13 2021 23:38:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4927373 | | Encore Receivable Management, Inc., Address removed per docket entry no 82 |
| 4927379 | | Keystone Collections Group, Address removed per docket entry no 82. |
| 4948582 | | The Bank of New York Mellon Trust Company, Removed per entry 68 |
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:

**Name**     **Email Address**

Christopher M. McMonagle

| | |
|---|---|
| | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 cmcmonagle@timoneyknox.com, bkecf@sterneisenberg.com |
| Gary J Imblum | on behalf of Debtor 1 Michael A. Horn gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Patricia L. Horn gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| James Warmbrodt | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as Indenture Trustee of the GMACM Home Equity Loan-Backed Certificates, Series 2006-HE5 bkgroup@kmllawgroup.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Lawrence G. Frank | on behalf of Trustee Lawrence G. Frank (Trustee) lawrencegfrank@gmail.com trusteefrank@gmail.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| Steven P. Kelly | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the FreddieMac Seasoned Loans Structured Transaction Trust, Series 2018-2 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank N.A. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| | | | |
|---|---|---|---|
| **Information to identify the case:** | | | |
| Debtor 1 | Michael A. Horn | Social Security number or ITIN | xxx–xx–5703 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia L. Horn | Social Security number or ITIN | xxx–xx–4789 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:17–bk–02237–HWV | | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael A. Horn
aka Mike A. Horn

Patricia L. Horn
aka Patty A. Horn, dba Patty Horn Clipper Cuts

12/13/21

**By the court:** *[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**