| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Michael A. Horn aka Mike A. Horn |
| Debtor 2 (Spouse, if filing) | Patricia L. Horn aka Patty A. Horn dba Patty Horn Clipper Cuts |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 17-02237-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2018-2 c/o Select Portfolio Servicing, Inc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 1849

**Date of payment change:** Must be at least 21 days after date of this notice   06/01/2019

**New total payment:** $ 1,035.89
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No
    ☒ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
    _____

    **Current escrow payment:**   $ 312.55   **New escrow payment:**   $ 380.58

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ☒ No
    ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
    _____

    **Current interest rate** _____%   **New interest rate:** _____%

    **Current principal and interest payment:** $ _____   **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ☒ No
    ☐ Yes.   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*
    Reason for change: _____

    **Current mortgage payment:** $ _____   **New mortgage payment:** $ _____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

| Debtor 1 | Michael A. Horn aka Mike A. Horn | | Case number (*if known*) 17-02237-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

/s/Steven Kelly  
Signature

Date March 26, 2019

Print: Steven Kelly, Bar ID# 308573  
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Stern & Eisenberg, P.C.

Address: 1581 Main Street, Suite 200 The Shops at Valley Square  
Number   Street

Warrington, PA 18976  
City   State   ZIP Code

Contact phone 215-572-8111   Email skelly@sterneisenberg.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING NOTICE OF PAYMENT CHANGE WAS SERVED ELECTRONICALLY THROUGH THE COURT'S ECF SYSTEM AT THE E-MAIL ADDRESS REGISTERED WITH THE COURT ON THIS DATE TO THE FOLLOWING:

DATE: March 26, 2019

| | |
|---|---|
| Gary J. Imblum<br>4615 Derry Street<br>Harrisburg, PA 17111<br>gary.imblum@imblumlaw.com<br>**Counsel for Debtor** | Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>dehartstaff@pamd13trustee.com<br>**Bankruptcy Trustee** |

Asst. U.S. Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA
17101ustpregion03.ha.ecf@usdoj.gov
**US Trustee**

and by standard first class mail postage prepaid to:

Michael A. Horn aka Mike A. Horn
110 Deer Drive
Jonestown, PA 17038
Patricia L. Horn aka Patty A. Horn aka Patty Horn
Clipper Cuts
110 Deer Drive
Jonestown, PA 17038
**Debtor(s)**

By: Respectfully submitted:
/s/ Steven Kelly, Esquire
Steven Kelly, Bar No: 308573
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
skelly@sterneisenberg.com
Phone: 215-572-8111
Fax: (215) 572-5025
Counsel for Movant



February 22, 2019

MICHAEL A HORN
PATRICIA L HORN
110 DEER DR
JONESTOWN, PA 17038

**Account Number:** ███████
**Property Address:** 110 DEER DRIVE
JONESTOWN, PA 17038

**RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount**

**This statement is for informational purposes only**

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (No Prior SPS analysis) | New Payment (as of 06/01/2019) | Change |
|---|---|---|---|
| **Principal and Interest** | | $655.31 | |
| **Regular Escrow Payment** | *** | $301.23 | $301.23 |
| **Monthly Shortage Payment** | *** | $79.35 | $79.35 |
| **Total Payment** | | $1,035.89 | $380.58 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (No Prior SPS analysis) | Current Year Estimated Disbursements (as of 06/01/2019) | Change |
|---|---|---|---|
| Tax Disbursements | *** | $2,837.86 | $2,837.86 |
| Hazard Insurance Disbursements | *** | $776.82 | $776.82 |
| **Total Annual Escrow Disbursements** | *** | $3,614.68 | $3,614.68 |
| **Monthly Escrow Payment** | *** | $301.23 | $301.23 |
| **Monthly Shortage Payment** | *** | $79.35 | $79.35 |

See reverse side



B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Shortage** – The actual beginning balance on your account in Tables 3 and 4 is $1,094.65. According to the projections shown in Tables 3 and 4, your required beginning balance should be $2,046.87.

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim. Any shortages used to calculate this analysis do not include any unpaid taxes and/or insurance that we previously filed in the Proof of Claim. In Table 1, the "Regular Escrow Payments" row shows the full escrow payment required, including all escrow elements and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage. In Table 2, the "Monthly Escrow Payment" row shows only the escrow elements without any overage/shortage amounts and the "Monthly Shortage Payment" row shows the current amount of monthly shortage which is the amount to be collected towards the shortage.

Your unpaid pre-petition escrow amount is $0.00. This amount has been removed from the projected starting balance.

Your total shortage is $952.22, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $2,046.87 - $1,094.65 = $952.22. Unless you elect to pay the shortage in full, we will collect the total amount over 12 months at $79.35 per payment.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment of disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $0.00 |
| December 2018 | | 0.00 | -19.51 * | 0.00 | 0.00 | -19.51 |
| January 2019 | | 0.00 | 296.38 * | 0.00 | 0.00 | 276.87 |
| February 2019 | | 0.00 | 592.76 E | 0.00 | 0.00 E | 869.63 |
| March 2019 | | 0.00 | 296.38 E | 0.00 | 0.00 E | 1,166.01 |
| April 2019 | COUNTY TAX | 0.00 | 296.38 E | 0.00 | 561.75 E | 900.64 |
| April 2019 | CITY TAX | 0.00 | 0.00 E | 0.00 | 102.37 E | 798.27 |
| May 2019 | | 0.00 | 296.38 E | 0.00 | 0.00 E | 1,094.65 |

Case 1:17-bk-02237-HWV    Doc    Filed 03/26/19    Entered 03/26/19 09:17:48    Desc
Main Document    Page 5 of 8

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

Table 4

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $1,094.65 | $2,046.87 |
| June 2019 | | 301.23 | 0.00 | 1,395.88 | 2,348.10 |
| July 2019 | HAZARD INS | 301.23 | 776.82 | 920.29 | 1,872.51 |
| August 2019 | SCHOOL TAX | 301.23 | 2,173.74 | -952.22 | 0.00** |
| September 2019 | | 301.23 | 0.00 | -650.99 | 301.23 |
| October 2019 | | 301.23 | 0.00 | -349.76 | 602.46 |
| November 2019 | | 301.23 | 0.00 | -48.53 | 903.69 |
| December 2019 | | 301.23 | 0.00 | 252.70 | 1,204.92 |
| January 2020 | | 301.23 | 0.00 | 553.93 | 1,506.15 |
| February 2020 | | 301.23 | 0.00 | 855.16 | 1,807.38 |
| March 2020 | | 301.23 | 0.00 | 1,156.39 | 2,108.61 |
| April 2020 | COUNTY TAX | 301.23 | 561.75 | 895.87 | 1,848.09 |
| April 2020 | CITY TAX | 0.00 | 102.37 | 793.50 | 1,745.72 |
| May 2020 | | 301.23 | 0.00 | 1,094.73 | 2,046.95 |

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.

This information is intended for informational purposes only and is not considered an attempt to collect a debt.

Case 1:17-bk-02237-HWV    Doc    Filed 03/26/19    Entered 03/26/19 09:17:48    Desc Main Document    Page 6 of 8

See reverse side



# This section is left intentionally blank

- - - - - - - - - - - - - - - - - - - - - - - Cut along dotted line - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT COUPON ON BACK**
**HAS YOUR ADDRESS CHANGED?** IF SO, PLEASE COMPLETE THIS FORM

Mailing Address:_____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____

Account Number(s): ▮▮▮▮▮▮▮▮

**All Borrowers' Signatures Required For Address Change**

_____        _____
Borrower's Signature                                   Co-Borrower's Signature

# This section is left intentionally blank

-------- Cut along dotted line --------

You have the following options to repay your escrow shortage:
Option A
    Do Nothing - The monthly reserve of $79.35 will be automatically collected with your New Payment unless you select Option B
Option B
    Repay the Escrow Shortage in Full - To repay the shortage of $952.22 in full, please submit your payment with this coupon to:

    SELECT PORTFOLIO SERVICING, INC.
    P.O. BOX 65450
    SALT LAKE CITY, UT 84165-0450

You may also submit your payment online by visiting www.spservicing.com

**Escrow Reserve - Shortage Repayment Coupon**

Select Portfolio Servicing, Inc.
MICHAEL A HORN
PATRICIA L HORN
110 DEER DRIVE,
JONESTOWN, PA 17038
Account No: ███

**Total Amount Enclosed:** _____